**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

DEMETRIUS FLOWERS                                                                         PLAINTIFF

V.                                          4:08CV00373 WRW

MARK WILSON, Agent, F.B.I., and JOHN
DOE, Chris, F.B.I. Agent                                                                DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case be DISMISSED WITH PREJUDICE. This dismissal constitutes a "strike" for the purposes of 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

DATED this 19th day of May, 2008.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE